NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SEAN GOODMAN,                              )
                                          )
            Appellant,                     )
                                          )
v.                                        )      Case No. 2D18-3674
                                          )
KIMBERLY GOODMAN,                          )
                                          )
            Appellee.                      )
_____)

Opinion filed September 16, 2020.

Appeal from the Circuit Court for Lee
County; John S. Carlin, Judge.

Alan J. Rubinstein of Rubinstein & Holz,
P.A., Fort Myers (withdrew after briefing);
W. Gus Belcher, II, The Belcher Law
Firm, P.A., Fort Myers, (substituted as
counsel of record) for Appellant.

Kimberly Goodman, pro se.

PER CURIAM.

            Affirmed.

VILLANTI, SLEET, and ROTHSTEIN-YOUAKIM, JJ., Concur.